UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                      Case No. 1:05-mc-42

v.                                                 Hon. Richard Alan Enslen

CARL J. BOS,

       Defendant.
                                      /

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 12, 2005, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Carl J. Bos shall comply with the IRS summons served on July 9, 2004, within thirty (30) days of this Order.

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
June 9, 2005                                          Richard Alan Enslen
                                                          United States District Judge